DOUGLAS-HANSON COMPANY, INC., Plaintiff-Respondent,

v.

BF GOODRICH COMPANY, Defendant-Appellant-
Petitioner.†

Supreme Court

*No. 98–1737. Oral argument February 29, 2000.—Decided
March 10, 2000.*

2000 WI 22

(Also reported in 607 N.W.2d 621.)

For the defendant-appellant-petitioner there were
briefs by *Eric J. Magnuson, John B. Lunseth II* and
*Rider, Bennett, Egan & Arundel, LLP,* Minneapolis,
and *Daniel W. Hildebrand* and *DeWitt Ross & Stevens,*
Madison, and oral argument by *Daniel W. Hildebrand.*

†Motion for reconsideration denied April 27, 2000.

For the plaintiff-respondent there was a brief by *Michael R. Gray, Scott S. Payzant* and *Mackall, Crounse & Moore, PLC*, Minneapolis, and oral argument by *Scott S. Payzant*.

¶ 1. PER CURIAM. The court is equally divided on the question of whether the published decision of the court of appeals, *Douglas-Hanson Co., Inc. v. BF Goodrich Co.*, 229 Wis. 2d 132, 598 N.W.2d 262 (Ct. App. 1999), should be affirmed or reversed. Chief Justice SHIRLEY S. ABRAHAMSON, Justice ANN WALSH BRADLEY, and Justice DAVID T. PROSSER would affirm; Justice WILLIAM A. BABLITCH, Justice N. PATRICK CROOKS, and Justice DIANE S. SYKES would reverse. Justice JON P. WILCOX did not participate.

¶ 2. Accordingly, the decision of the court of appeals is affirmed.